NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LISHA THOMAS STODDARD, as )
Personal Representative of the Estate )
of MELISSA STODDARD, )
)
      Appellant, )
)
v. )     Case No. 2D18-2712
)
INTERNATIONAL BUSINESS )
MACHINES, CORP. d/b/a IBM; )
MICROSOFT CORPORATION; and )
CGI TECHNOLOGIES and )
SOLUTIONS, INC. )
)
      Appellees. )
_____ )

Opinion filed October 23, 2019.

Appeal from the Circuit Court for Sarasota
County; Stephen Lee Dakan, Judge.

Richard A. Filson of Filson & Penge,
P.A., Sarasota, and Howard M.
Talenfeld of Talenfeld Law, Plantation, for
Appellant.

Ricardo A. Gonzalez; Stephanie L.
Varela; Julissa Rodriguez; and Brigid F.
Cech Samole of Greenberg Traurig, P.A.,
Miami, for Appellee Microsoft
Corporation.

Hunter G. Norton and Duane A. Daiker
of Shumaker, Loop & Kendrick, LLP,
Sarasota, for Appellee CGI

Technologies and Solutions Inc.

Marie A. Borland and David L. Luikart III
Of Hill, Ward & Henderson, P.A., Tampa,
For Appellee International Business
Machines Corporation.

PER CURIAM.

Affirmed.

NORTHCUTT, KELLY, and SMITH, JJ., Concur.